United States District Court
Southern District of Texas
**ENTERED**
June 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADRIAN ALGERIBIYA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-2863 |
| | § | |
| SUPERIOR ENERGY SERVICES, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Class Certification and Expedited Discovery (Doc. No. 26); Defendant's Response (Doc. No. 31); the Reply (Doc. No. 33); and Judge Stacy's Memorandum and Recommendation (Doc. No. 39). The parties did not filed objections to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that the Plaintiff's motion should be granted. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 39) is **ADOPTED**. Plaintiff's Motion for Class Certification and Expedited Discovery (Doc. No. 26) is **GRANTED** and that a class of "All field workers who were subjected to Pumpco's Travel Time Update Policy dated December 1, 2018," be conditionally certified as a class. It is further

**ORDERED** that within twenty-one (21) days from the entry of this Order, Pumpco will provide to Plaintiff the name, last known address and last known email address for each individual within the class. It is further

**ORDERED** that, within the same time period, the parties should confer regarding the content and manner of notice to be provided to the class member and provide the Court with an agreed notice.

SIGNED at Houston, Texas, this _9th_ day of June 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE