IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADRIAN ALGERIBIYA, Individually and On Behalf of All Others Similarly Situated<br><br>*Plaintiff,*<br><br>v.<br><br>PUMPCO ENERGY SERVICES, INC.<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§  C.A. No. 4:19-cv-02863<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs[1] and Defendant Pumpco Energy Services, Inc. (now Pumpco Energy Services, LLC)[2] (Plaintiffs and Defendant are collectively, the "Parties") stipulate that Plaintiffs' claims against Pumpco are dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and respectfully show the Court as follows:

Plaintiffs filed this lawsuit against Pumpco alleging overtime wage violations of the Fair Labor Standards Act. After arms-length negotiations in which the Parties were all represented by experienced counsel, the Parties entered into a Confidential Settlement and Release Agreement ("Settlement Agreement") that resolves all claims between the Parties.

The Parties represent that the Settlement Agreement is fair and equitable. Court approval of the Settlement Agreement is not necessary. However, if the Court desires to review the terms of the Settlement Agreement, the Parties ask for leave to submit the Settlement Agreement to the

---

[1] Plaintiffs are defined as Plaintiff Adrian Algeribiya and 393 Opt-In Plaintiffs, who are listed in Exhibit 1 to this Motion.
[2] Pumpco Energy Services, Inc. (now Pumpco Energy Services, LLC) will be referred to as "Pumpco" for purposes of this Joint Stipulation of Dismissal with Prejudice.

132436509

court for review *in camera* because the Parties desire to keep the Settlement Agreement confidential.

Wherefore, Plaintiffs and Defendant respectfully request that the Court enter an agreed order of dismissal of this lawsuit and the claims of all Plaintiffs with prejudice, with each party to bear their own court costs and attorneys' fees in conformance with the foregoing stipulation.

Respectfully submitted,

By: */s/ Melissa Moore *with permission*
MELISSA MOORE
State Bar No. 24013189
Southern District ID 25122
MOORE & ASSOCIATES
Lyric Centre
440 Louisiana, Ste. 110
Houston, Texas 77002
(713) 222-6775 (Telephone)
(713) 222-6739 (Facsimile)
melissa@mooreandassociates.net
**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

OF COUNSEL:
CURT HESSE
State Bar No.24065414
Southern District ID 968465
MOORE & ASSOCIATES
Lyric Centre
440 Louisiana, Ste. 110
Houston, Texas 77002
(713) 222-6775 (Telephone)
(713) 222-6739 (Facsimile
curt@mooreandassociates.net

By: */s/ J. Michael Rose*
J. MICHAEL ROSE
State Bar No. 24041819
Southern District ID No. 36797
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
(713) 226-1684 (Telephone)

(713) 229-2626 (Facsimile)
mrose@lockelord.com
**ATTORNEY-IN-CHARGE FOR DEFENDANT**

OF COUNSEL:
LANI BLAKE
Southern District of Texas No. 3157570
Texas State Bar No. 24105828
LOCKE LORD LLP
600 Travis, Suite 2800
Houston, Texas 77002
(713) 226-1533 (Telephone)
(713) 229-2545 (Facsimile)
lani.blake@lockelord.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March 2023, a true and correct copy of the above and foregoing instrument was served upon counsel of record referenced below via the Court's ECF system.

Melissa Moore
Curt Hesse
MOORE & ASSOCIATES
Lyric Center
440 Louisiana Street, Suite 110
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739
melissa@mooreandassociates.com
curt@mooreandassociates.com

                                                    */s/ J. Michael Rose*
                                                    J. Michael Rose

132436509