United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ADRIAN ALGERIBIYA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUMPCO ENERGY SERVICES, INC.<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ C.A. No. 4:19-cv-02863<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has considered the Joint Stipulation of Dismissal with Prejudice ("Stipulation") in this matter. The Court finds the Stipulation is well taken and should be and hereby is granted in all respects.

The Court hereby grants the Stipulation and orders that this case is dismissed with prejudice, all claims of Plaintiffs are dismissed with prejudice, and each party will bear their own costs and attorneys' fees in conformance with the settlement and the foregoing Joint Stipulation of Dismissal with Prejudice of Plaintiffs and Defendant.

Signed on this 30th day of March, 2023.

_____
Honorable Andrew S. Hanen
United States District Judge

132436509